SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706


Attorney for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| JAMES HERBERT LOCKHART, JR.,<br><br>       Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>       Defendant | Case No.:  2:14-CV-01145-JAM-CMK<br><br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

EAJA in the amount of FOUR THOUSAND THREE HUNDRED AND FIFTY DOLLARS

($4,350.00).  This amount represents compensation for all legal services rendered on behalf of

Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. §

2412.

   After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

assignment will depend on whether the fees and expenses are subject to any offset allowed under

the United States Department of the Treasury's Offset Program.  After the order for EAJA fees

and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

determines that Plaintiff does not owe a federal debt, then the government shall cause the

payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the

assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

attorney fees and expenses, and does not constitute an admission of liability on the part of

Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release

from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

EAJA attorney fees and expenses in connection with this action.

      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

                                        Respectfully submitted,

Dated:  January 21, 2016          */s/ Shellie Lott*
                                   SHELLIE LOTT
                                   Attorney for Plaintiff

                                   BENJAMIN B. WAGNER
                                   United States Attorney
                                   DEBORAH L. STACHEL
                                   Acting Regional Chief Counsel

Date: January 21, 2016           */s/ Ben A. Porter*
                                   (As authorized via email on 01/21/16)
                                   BEN A. PORTER
                                   Special Assistant United States Attorney

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**ORDER**

 1

 2          Pursuant to the stipulation, it is so ordered.

 3

 4    Dated:  February 1, 2016

 5                                                 _____
                                                  CRAIG M. KELLISON
 6                                                UNITED STATES MAGISTRATE JUDGE

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28